IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

DOCUMENT ELECTRONICALLY FILED

| | |
|---|---|
| MAUREEN CASEY o/b/o PC, a minor; JANET CORNELL o/b/o CC, a minor; MONA DANO o/b/o KS, a minor; MONA DANO o/b/o AS, a minor; LORI IRVIN o/b/o CR, a minor; ROXANNE DI JOSIE o/b/o JD, a minor; STACY ROCHIN o/b/o GR, a minor; NINA & MARK SEREBRANSKY o/b/o DS, a minor; NANCY STEVENS o/b/o RO, a minor; NANCY STEVENS o/b/o NO, a minor; BONNIE & DONALD TUTTLE o/b/o JT, a minor; and DONNA WRIGHT o/b/o ZW, a minor; as individuals and on behalf of those similarly situated,<br><br>Plaintiffs<br>v.<br><br>WASHINGTON TOWNSHIP BOARD OF EDUCATION, JOHN DOE COMPANIES (1-100), jointly, severally or in the alternative,<br><br>Defendants. | CIVIL ACTION NO.: 07cv05539 (JBS)<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE AS TO JORDAN TUTTLE |

The matter in difference in the above-entitled action having been amicably adjusted by and between the parties, it is hereby stipulated and agreed that the same be and it is hereby dismissed without costs, with prejudice, as to plaintiff, Jordan Tuttle.

GIANSANTE & COBB
*Attorney for Plaintiffs*

BY: _____
Carol Rogers Cobb
63 E. Main Street
Moorestown, NJ 08057
856-273-8866

MARSHALL, DENNEHEY, WARNER,
COLEMAN & GOGGIN
*Attorneys for Defendant,*
*Washington Township Board of Education*

BY: _____
Stephen L. Petrillo (SP1219)
425 Eagle Rock Avenue, Suite 302
Roseland, NJ 07068
(973) 618-4100

DATED: February 3, 2010

11/1026565.v1